UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RONALD JAMES DAVENPORT,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN D. BAILEY and HADEN M. BROCKETT,<br><br>Defendants. | NO: CV-13-0099-JPH<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION WITHOUT PREJUDICE |

Magistrate Judge Hutton filed a Report and Recommendation on May 14, 2013, recommending Plaintiff's Motion to Voluntarily Dismiss pursuant to Rule 41(a), Federal Rules of Civil Procedure, be granted, ECF No. 14. The Court had not ruled on his application to proceed *in forma pauperis*. There being no objections, the Court **ADOPTS** the Report and Recommendation. The Motion to Voluntarily Dismiss, **ECF No. 13**, is **GRANTED** and this action is **DISMISSED WITHOUT PREJUDICE.**

ORDER DISMISSING ACTION --1

1    **IT IS SO ORDERED.** The District Court Clerk is directed to enter this
2    Order, enter judgment of dismissal without prejudice, forward a copy to Plaintiff
3    and close the file.
4    **DATED** this 3rd day of June 2013.

5

6                                                    *s/ Rosanna Malouf Peterson*
                                                  ROSANNA MALOUF PETERSON
7                                                 Chief United States District Court Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

ORDER DISMISSING ACTION --2