AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

RONALD JAMES DAVENPORT,

        Plaintiff,

        v.

BRIAN D. BAILEY and
HADEN M. BROCKETT,

        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-13-0099-JPH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: this action is DISMISSED WITHOUT PREJUDICE.

June 3, 2013
*Date*

SEAN F. McAVOY
*Clerk*
s/ Sheila Parpolia
*(By) Deputy Clerk*
Sheila Parpolia